1  C. Brooks Cutter, SBN 121407
   John G. Roussas, SBN 227325
2  **CUTTER LAW P.C.**
   401 Watt Avenue
3  Sacramento, CA 95864
   Telephone:    (916) 290-9400
4  Facsimile:    (916) 588-9330
   Email:        jroussas@cutterlaw.com
5
   Attorneys for Plaintiffs
6  C.H. a minor by and
   through his guardian ad litem CINDY ALEJANDRIZ,
7  and JUAN HURTADO

8

9                  UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  C.H. a minor by and through his            Case No. 2:18−CV−02964−TLN−EFB
    guardian ad litem CINDY
13  ALEJANDRIZ, and JUAN HURTADO,              **PETITION CINDY ALEJANDRIZ'
                                               NOTICE OF MOTION AND MOTION
14                 Plaintiffs,                 FOR APPOINTMENT OF GUARDIAN AD
                                               LITEM; DECLARATION OF CINDY
15       vs.                                   ALEJANDRIZ; CONSENT OF NOMINEE
                                               TO ACT AS GUARDIAN AD LITEM;
16  UNITED STATES OF AMERICA, and              ORDER**
    DOES 1 through 75, inclusive,
17
                   Defendants.
18

19

20       Petitioner CINDY ALEJANDRIZ in support of her motion for the appointment of the

    Guardian ad Litem of C.H., states as follows:

21       1.  CINDY ALEJANDRIZ is the maternal aunt to C.H., who resides at █████████

22       ██████████████, is a competent and responsible person, who is fully competent

23       and capable to act as C.H.'s guardian ad litem.

24       2.  Plaintiff, minor C.H., date of birth ██████, is presently █ years of age.

25       3.  Pursuant to Federal Rule of Civil Procedure 17 (C) (2); "the court must appoint a guardian

26       ad litem-or issue another appropriate order- to protect a minor or incompetent person who

27       is unrepresented in action."

28

                                   -1-

4. Minor C.H. and his father JUAN HURTADO has a cause of action against the above-named defendants on which a suit has been brought in this court for medical negligence resulting in the wrongful death of KRISTY HURTADO.

5. The cause of action arises out of the wrongful death of C.H.'S motion KRISTY HURTADO.

6. KRISTY HURTADO passed away on October 5, 2017.

7. There has never been a prior motion for appointment of a guardian ad litem in this matter. There is no guardian appointed at this time.

8. Petitioner seeks an order appointing her as the guardian ad litem for C.H. to prosecute the above-described cause of action.

WHEREFORE, Petitioner moves this court for an order appointing her, CINDY ALEJANDRIZ, as guardian ad litem of minor C.H. for the purpose of prosecuting the above-described wrongful death action against UNITED STATES OF AMERICA, on the claim herein stated.

Dated: November 19, 2018                CUTTER LAW P.C.

By: _____
      John G. Roussas
      Attorneys for Petitioners

## DECLARATION OF CINDY ALEJANDRIZ

I, CINDY ALEJANDRIZ, am the petitioner in the above-entitled proceedings. I have read the foregoing and know of the contents thereof. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: November 19, 2018                _____
                                        CINDY ALEJANDRIZ

MOTION FOR APPOINTMENT OF GAL; DECLARATION; CONSENT; ORDER

## CONSENT OF NOMINEE TO ACT AS GUARDIAN AD LITEM

I, CINDY ALEJANDRIZ, consent to act as guardian ad litem for the minor petitioner,

C.H. in the above entitled action.

Dated: November 19, 2018

_Cindy L Alejandriz_
CINDY ALEJANDRIZ

## ORDER

The Courts finds that it is reasonable and necessary to appoint a guardian ad litem for

C.H., as requested.

The Court Orders that CINDY ALEJANDRIZ is hereby appointed as the guardian ad

litem for C.H. for the reasons set forth above.

Dated: November 19, 2018

_Troy L. Nunley_
Troy L. Nunley
United States District Judge

MOTION FOR APPOINTMENT OF GAL; DECLARATION; CONSENT; ORDER